**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────

**No. 16-6629**

───────

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

ISAAC NOREL STURDIVANT,

             Defendant - Appellant.

───────

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  William L. Osteen,
Jr., Chief District Judge.  (1:10-cr-00123-WO-1)

───────

Submitted:  August 18, 2016          Decided:  August 23, 2016

───────

Before WILKINSON, KING, and KEENAN, Circuit Judges.

───────

Affirmed by unpublished per curiam opinion.

───────

Isaac Norel Sturdivant, Appellant Pro Se.  Michael A. DeFranco,
Sandra Jane Hairston, Robert Michael Hamilton, Angela Hewlett
Miller, Assistant United States Attorneys, Greensboro, North
Carolina, Paul Alexander Weinman, OFFICE OF THE UNITED STATES
ATTORNEY, Winston-Salem, North Carolina, for Appellee.

───────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac Norel Sturdivant appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 of the U.S. Sentencing Guidelines Manual.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Sturdivant, No. 1:10-cr-00123-WO-1 (M.D.N.C. Apr. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court granted Sturdivant's § 3582(c)(2) motion, but did not reduce his sentence to the full extent he requested.